DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070
ddalby@hinshawlaw.com
Attorneys for Defendant
GC SERVICES, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>GC SERVICES, L.P.; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 2:14-cv-00155-GEB-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Complaint Filed:  January 21, 2014 |

The dispute between the parties has been settled, therefore, the claims asserted by plaintiff, DAVID ANDERSON, against defendant, GC SERVICES, L.P., in the above-captioned proceeding and hereby dismissed, with prejudice.

///

IT IS SO STIPULATED:

DATED: October 6, 2014                    HUSSIN LAW FIRM


                                          /s/ Tammy Hussin
                                          Attorneys for Plaintiff
                                          DAVID ANDERSON


DATED: October 6, 2014                    HINSHAW & CULBERTSON LLP


                                     By:  /s/ David I. Dalby
                                          Attorneys for Defendant
                                          GC SERVICES, L.P.

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: November __, 2014
                                          _____
                                          JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF SERVICE

**DAVID ANDERSON v. GC SERVICES, L.P.; and DOES 1-10, inclusive**

**2:14-cv-00155-GEB-DAD**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

On November 4, 2014, I served the document(s) entitled **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

| | |
|---|---|
| Tammy Hussin, Esq.<br>Hussin Law Firm<br>6404 Merlin Dr. #100<br>Carlsbad, CA 92011<br>Tammy@HussinLaw.com<br>Tel. 877.677.5397 ext. 101<br>Cell. 760.331.3930<br>Fax  877.667.1547<br>*Attorneys for Plaintiff*<br>*David Anderson* | |

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on November 4, 2014 at San Francisco, California.

_____
Carla Rossi